# COMPLAINT
### (for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

Mar 21 2024

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Lakisha Nash, and behalf of The Estate

of Joshua Grant

v.

(Full name of defendant(s))

Aurora Health Care Inc., Bellin Health

## Prevea Health

Case Number:

**24-C-0348**

(to be supplied by Clerk of Court)

A.     PARTIES

1.     Plaintiff is a citizen of  Wisconsin _____ and resides at

(State)

1031 Maryland Ave, Apt 322, Sheboygan, WI, 53081

(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant  Aurora Health Care Inc, Bellin Health, Prevea Health

(Name)

Complaint – 1

Aurora Health Care Inc. P.O. Box 341880, 750 West Virginia St. Milwaukee, WI 53204

Bellin Health 744 South Webster Ave, P.O Box 23400 Green Bay 54305

Prevea Health P.O. Box 19070 Green bay, Wi 54307

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Prevea Health, Aurora Health Care Inc., Bellin Health**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

This legal action for wrongful death and medical negligence arises out of death of 21

year old Joshua Hakeem Grant, who committed suicide on March 23, 2021, by self

administering and overdosof Quetiapine and Fluoxetine. Joshua Grant was in the care

of Dr. Charles Korankye, Family Medicine Physician of Prevea, who is ultimately

responsible for my son killing himself after taking drugs prescribed by him. In addition,

Dr. Korankye failed to provide sufficent warnings about how dangerous these drugs

were as well as, increases suicidial tendencies. Because of the threat of suicide, the

physician didn't take appropriate steps to prevent the tragedy. On March 22, 2021, I

called Bellin Crisis hotline, seeking relief for my son. He has a history of depresssion

Autism & bipolar disorder. I witness his suicidial thoughts and behaviors, such as falling

head first to the floor and slaming his head to the walls. I immmediately reached out to Bellin and they denied him as a patient and referred him back to his primary care physician. Under the Emergency Medical Treatment and Active Labor Act( EMTALA) requires hospitals to provie medical examination to anyone seeking treatement for a medical condition. Hospitals are required to mandate that the psychiatrist come to the emergency department to personally examine every suicidal patient. Aurorua Health Care, ignored my son's constant pleas for help and their negligent disregard to admit him as a patient even after Joshua's suicidal thoughts, contributed to his suicide. Because Aurora discharged him as a patient eventhough he needed psychiatric care. On March 23, 2021, around noon I was callling Joshua's name and I didn't receive an answer. I wallked in his room and found him unresponsive sittting up on his bed. I gave him CPR and I called 911. After the paramedics came i found two empty bottles of Quetiapine and Fluoxetine prescription medications on the floor. Because of their combined actions this is the direct cause of my son's death. My son was Autistic and high functioning individual and I believe his race and disability played a major role in him being denied care and the root cause of his lack of treatment. Federal civil rights laws does not discriminate, exclude, or treat people differently base on race color, national origin or disability according to Wisconsin Department of Health Serivces. Aurora nurses asked me to leave my son while they questioned him. He had adhd, autism, suicidal, bipolar disorder and depresion. Joshua was scared out of his mind.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Because ot funeral and burial exspenses, loss of future income and companionship.

I seek money award for compensation and damages in excess of minimum.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____20____ day of _____March_____ 20_24___.

Respectfully Submitted,

*Lukisha Nash*

Signature of Plaintiff

**920-246-1165**

Plaintiff's Telephone Number

**lakishanash9@outlook.com**

Plaintiff's Email Address

**1031 Maryland Ave, Apt 322**

**Sheboygan, WI 53081**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.